# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES CURD, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>TCF CO. LLC, d/b/a The Cheesecake Factory,<br><br>         Defendant. | Case No.: 1:23-cv-00472-RDB |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff FRANCES CURD hereby gives notice that this action is voluntarily dismissed. Defendant TCF CO. LLC, d/b/a The Cheesecake Factory has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: May 10, 2023

Respectfully submitted,

/s/ James J. Pizzirusso
James J. Pizzirusso
(Md. Bar No. 20817)
HAUSFELD LLP
888 16th Street N.W.
Suite 300
Washington, D.C. 20006
202.540.7200
jpizzirusso@hausfeld.com

APPROVED: 5/11/2023  /s/ -  Richard D. Bennett
           U.S. Senior District Judge

Steven M. Nathan
(Md. Bar No. 30618)
HAUSFELD LLP
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
646.357.1100
snathan@hausfeld.com

Katrina Carroll
(Md. Bar No. 30610)
LYNCH CARPENTER, LLP
111 W. Washington St.
Suite 1240
Chicago IL 60602
312.750.1265
katrina@lcllp.com

Jonathan M. Jagher
(Md. Bar No. 30614)
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
610.234.6486
jjagher@fklmlaw.com

*Counsel for Plaintiff*

2